FILED
2019 JAN 24  PM 1:48

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JONATHAN LANGLEY, | § | |
| | § | |
| VS. | § | CAUSE NO. A-18-CV-443-LY |
| | § | CAUSE NO. A-19-MC-044-LY |
| INTERNATIONAL BUSINESS | § | |
| MACHINES CORPORATION | § | |
| | § | |

**ORDER**

Before the Court is IBM's Motion to Quash Third Party Subpoena and Motion for Protective Order (Dkt. No. 1-1) filed in *In Re: Subpoena to Magnanimo and Dean, LLP,* Cause No. 2-18-MC-00171-VAP-JEM, in the United States District Court for the Western District of California, Western Division, Los Angeles. The California Court transferred the Motion to Quash to the United States District Court for the Western District of Texas, Austin Division, by stipulation of the parties. The Court ORDERS that IBM's Motion to Compel BE FILED in *Langley v. International Business Machines Corporation*, Cause No. A-18-CV-443-LY and FURTHER ORDERS that Cause No. A-19-MC-044-LY BE CLOSED.

SIGNED this 24th day of January, 2019.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE